UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRADY DROWN,

        Plaintiff,

     v.                                                                   Case No. 19-C-885

SINCLAIR PLUMBING, INC.,

        Defendant.

## ORDER TO MEDIATION

With the full agreement of the parties and pursuant to 28 U.S.C. § 636(b)(3), **IT IS ORDERED** that Magistrate Judge James R. Sickel is assigned to conduct mediation proceedings in this case, the particular procedures for which shall be within his discretion. The case shall be returned to me following the mediation effort for further action consistent with the result.

The final pre-trial scheduled for March 2, 2020, and jury trial scheduled April 13, 2020, are removed from the court calendar.

Dated at Green Bay, Wisconsin this 25th day of February, 2020.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, District Judge
                                                      United States District Court